UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susan Reed,                                        **Civil No. 09-3667 (RHK/SRN)**

        Plaintiff,                               **ORDER**

vs.

National Enterprise Systems, Inc. and
Mike Morgan,

        Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 4), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge